1
2
3
4
5
6
7

FILED
JUN - 5 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,        )   Case No.: EDCR11-8-VAP
12            Plaintiff,             )   ORDER OF DETENTION PENDING
                                     )   FURTHER REVOCATION
13        v.                         )   PROCEEDINGS
     Raul Cedano                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
14                                   )   U.S.C. § 3143(a)(1))
            Defendant.               )
15  _____  )

16        The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Central__ District of
18  __California__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20        Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (✓)  The defendant has not met his/her burden of establishing by clear and
23         convincing evidence that he/she is not likely to flee if released under 18
24         U.S.C. § 3142(b) or (c).  This finding is based on the following:
25         • Controlled Substance Use
26         • Failure to obey court order / Absconding
27         _____
28         _____

1

1 and/or

2 B. (✓) The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18 U.S.C.
5 § 3142(b) or (c). This finding is based on the following:

- UNDERLYING ALLEGATIONS (T.R.O BY VICTIM)
- RECENT SUBSTANCE ABUSE
- ALLEGATIONS THAT T.R.O. BY VICTIM WAS VIOLATED BY △.

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 6/5/12

HONORABLE SHERI PYM
United States Magistrate Judge