# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>RAUL CEDANO<br><br>DEFENDANT(S). | CASE NUMBER<br>5:11CR-00008-VAP<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __DEFENDANT__ , IT IS ORDERED that a detention hearing is set for __THURSDAY, MAY 29, 2014__ , _____ , at __3:00__ ☐a.m. / ☒p.m. before the Honorable __SHERI PYM__ , in Courtroom __4 - 3rd FLOOR__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 28, 2014__    __Sheri Pym__
United States Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)    Page 1 of 1