FILED
CLERK, U.S. DISTRICT COURT
MAY 1 1 2015
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:11-cr-0008-VAP |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Hatchett | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __CA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation

(✓) information in the violation petition and report(s)

(✓) the defendant's nonobjection to detention at this time

( ) other: _____

1

| | | |
|---|---|---|
| 1 | | and/ or |
| 2 | B. ( ) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the |
| 4 | | safety of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c). This finding is based on the following: |
| 6 | | ( ) information in the Pretrial Services Report and Recommendation |
| 7 | | ( ) information in the violation petition and report(s) |
| 8 | | ( ) the defendant's nonobjection to detention at this time |
| 9 | | ( ) other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:

_____
KENLY KIYA KATO
United States Magistrate Judge